# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING BLDG.**
**& U.S. COURTHOUSE**
**50 Walnut Street**
**Newark, NJ 07102**
**(973) 645-6042**

August 19, 2026

**LETTER OPINION**

**Re:** **NOBLEWORKS, INC v. ZHOU, et al.**
**Civil Action No. 25-13599 (JXN) (JRA)**

Dear Counsel,

The Complaint in the above matter was filed on July 21, 2025 (ECF No. 1). Plaintiff Nobleworks, Inc. ("Plaintiff") has failed to file proof of service or to show that there is a reasonable prospect of properly serving Defendants Yangjian Zhou and Yangjian Zhou d/b/a PTRUKD (collectively "Defendants") in Hong Kong pursuant to Federal Rule of Civil Procedure 4(f) by the June 5, 2026 deadline imposed by the Court's April 21, 2026 Order. (*See* ECF No. 12.) Accordingly, Plaintiff shall, within thirty (30) days from the date of entry of this Order, show in writing that it properly and timely served Defendants, or otherwise show good cause for failing to effect proper service of process. Should Plaintiff fail to file a response, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**JULIEN XAVIER NEALS**
**UNITED STATES DISTRICT JUDGE**